RECEIVED
BY MAIL
JAN 3 0 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
JAN 30 2009
U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTER DIVISION

EDWIN JONES,

    Petitioner,

v.

STEVE LARKINS,

    Respondent.

Case No. 4:08-CV-1646 JCH

So ordered
Jch
2/2/09

## MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S ORDER TO SHOW CAUSE WHY PETITIONER'S WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED.

Comes Now Petitioner Edwin Jones, Pro Se and states as follows in support of his motion for extension of time.

1. The Petitioner has 20 day from the date of the certificate to respond to the Respondent's Motion asking the court to denied Petitioner's Writ of Habeas Corpus which I received on today which is January 26, 2009.

2. Petitioner is a **"LAYMAN"** at law and needs time to properly go over the Respondent's Motion and case law to make a proper response.

3. The Petitioner is only allowed a short time to spend in the Law Library to research case law and there for Petitioner is requesting a 30 day extension to file a response.

4. The request for extension is not designed to vex or harass Respondent.

**WHEREFORE**, for the reasons herein stated, Petitioner prays that the Court grant him an extension up to February 26, 2009, in which to respond to Respondent's Motion.

#10